# United States Bankruptcy Court
## District of Nevada

Case No. <u>11–29638–lbr</u>
Chapter 7

In re: (Name of Debtor)
   GERRY G. ZOBRIST                                SHERI L. ZOBRIST
   8054 VILLA CANO STREET                8054 VILLA CANO STREET
   LAS VEGAS, NV 89131                       LAS VEGAS, NV 89131

Social Security No.:
   xxx–xx–9152                                           xxx–xx–5143

## FINAL DECREE

The estate of the debtor(s) noted below has been fully administered:

☐     GERRY G. ZOBRIST

☐     SHERI L. ZOBRIST

IT IS ORDERED THAT DOTAN Y MELECH is discharged as trustee of the estate of the above named debtor(s).

The Chapter 7 case of the above named debtor(s) is closed.

Dated: 4/5/12                                               BY THE COURT

                                                              *Mary A. Schott*

                                                              Mary A. Schott
                                                             Clerk of the Bankruptcy Court